DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WILLIE L. WALKER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D16-4022

[November 1, 2017]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Edward H. Merrigan, Judge; L.T. Case No. 66000089 CF10A.

Carey Haughwout, Public Defender, and Narine N. Austin, Assistant Public Defender, West Palm Beach, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Allen R. Geesey, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Rogers v. State*, 223 So. 3d 281 (Fla. 4th DCA 2017).

GROSS, TAYLOR and LEVINE, JJ., concur.

*             *             *

***Not final until disposition of timely filed motion for rehearing.***